**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 862 MAL 2016

            Respondent          :

                                        :    Petition for Allowance of Appeal from
                                        :    the Order of the Superior Court
            v.                     :

                                        :

RICHARD EUGENE LAWRENCE,       :

            Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.